```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 05 B 07122
   CARRIE L BURT
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-4348


--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 03/01/2005 and was confirmed 04/18/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  35.36%.

     The case was paid in full 05/27/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT       INTEREST      PRINCIPAL
                                                                PAID          PAID
--------------------------------------------------------------------------------
ILLINOIS ATTORNEY GENERA  UNSECURED OTH    4404.00              .00         1558.05
COMCAST CABLE COMMUNICAT  UNSECURED OTH     220.37              .00           77.96
AT&T WIRELESS             NOTICE ONLY      NOT FILED            .00             .00
AT & T                    NOTICE ONLY      NOT FILED            .00             .00
CAPITAL ONE BANK          UNSECURED         832.29              .00          294.33
CAPITAL ONE SERVICES      NOTICE ONLY      NOT FILED            .00             .00
CAPITAL ONE SERVICES      NOTICE ONLY      NOT FILED            .00             .00
CINGULAR WIRELESS         UNSECURED         383.24              .00          135.53
CINGULAR                  NOTICE ONLY      NOT FILED            .00             .00
F & W LIC                 UNSECURED        NOT FILED            .00             .00
JEFFERSON CAPITAL SYSTEM  UNSECURED        1082.77              .00          382.91
FINGERHUT/AXSYS NATIONAL  NOTICE ONLY      NOT FILED            .00             .00
JEFFERSON CAPITAL SYSTEM  UNSECURED         228.68              .00           80.87
OMNI CREDIT SERVICES      UNSECURED        NOT FILED            .00             .00
RJM AQUISITIONS FUNDING   UNSECURED        NOT FILED            .00             .00
RJM AQUISITIONS FUNDING   UNSECURED        NOT FILED            .00             .00
SUPERIOR CR               UNSECURED        NOT FILED            .00             .00
TIMOTHY K LIOU            DEBTOR ATTY      2,558.20                         2,558.20
TOM VAUGHN                TRUSTEE                                             312.86
DEBTOR REFUND             REFUND                                               69.23

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                     RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE              5,469.94

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                   2,529.65
ADMINISTRATIVE                              2,558.20
TRUSTEE COMPENSATION                          312.86

                 PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 07122 CARRIE L BURT
```

```
DEBTOR REFUND                                                      69.23
                                          ---------------    ---------------
TOTALS                                           5,469.94           5,469.94
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 09/11/08                          /s/ Tom Vaughn
                                         _____
                                         TOM VAUGHN
                                         CHAPTER 13 TRUSTEE